UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA SIMAAN,

      Plaintiff,

v.                                      Case No. 10-12848

WELLS FARGO BANK, N.A.,           Honorable Patrick J. Duggan

      Defendant.
_____/

## JUDGMENT

On June 24, 2010, Plaintiff filed this action, alleging violations of federal and state law in connection with the purchase and financing of a condominium.  On this date, the Court entered an Opinion and Order holding that Plaintiff is not entitled to relief.

Accordingly,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**, that Plaintiff's action is **DISMISSED WITH PREJUDICE**.


Date:  February 4, 2011                    s/PATRICK J. DUGGAN
                                                        UNITED STATES DISTRICT JUDGE

Copies to:

Julian M. Levant, Esq.
Patrick C. Lannen, Esq.
Matthew J. Boettcher, Esq.